

## NUMBER 13-14-000456-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

**LARRY BOS AND MARY BOS,**                                                    **Appellant,**

**v.**

**CRAIG S. SMITH, INDIVIDUALLY AND
AS NEXT FRIEND OF M.W.F.S., C.S.S.,
J.E.S., AND V.A.S., MINORS,**                                         **Appellee.**

**On appeal from the 105th District Court
of Nueces County, Texas.**

## ORDER

**Before Chief Justice Valdez and Justices Garza and Longoria
Order Per Curiam**

Appellants, Mary and Larry Bos, perfected an appeal from a judgment rendered against them by the 105th District Court of Nueces County, Texas, in trial court cause number 09-6360-D. On October 31, 2014, appellee, Craig S. Smith, individually and as next friend of M.W.F.S., C.S.S., J.E.S., and V.A.S., minors, advised this Court that the

clerk's record filed by appellants includes neither the trial court's findings of fact and conclusions of law issued on August 19, 2014, nor appellee's request for same dated May 28, 2014.[1]

Texas Rule of Appellate Procedure 34.5 states that, unless the parties stipulate to the contents of the clerk's record, the clerk's record must include copies of, among other things, "the court's charge and the jury's verdict, or the court's findings of fact and conclusions of law" as well as "any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion . . . ." TEX. R. APP. P. 34.5(a)(4), (6).

We have reviewed the clerk's record provided by appellants and agree that the trial court's August 19, 2014 findings of fact and conclusions of law, as well as appellant's request for such findings and conclusions, have been erroneously omitted therefrom. *See id.* Accordingly, we hereby ORDER appellants to, within thirty days from the date of this order, direct the trial court clerk by letter to prepare, certify, and file in this Court a supplemental clerk's record containing the erroneously omitted items. *See* TEX. R. APP. P. 34.5(c)(1), 43.6. The trial court clerk must file the supplemental record within sixty days of the date of this order. Appellants will be responsible for payment of costs associated with preparation and filing of the supplemental record.

---

[1] The clerk's record filed by appellants includes: (1) a notice of past due findings of fact and conclusions of law filed by appellants on May 29, 2014; (2) proposed findings of fact and conclusions of law filed by appellants on June 12, 2014; (3) a notice of past due findings of fact and conclusions of law filed by appellee on June 20, 2014; and (4) a request for additional or amended findings of fact and conclusions of law filed by appellants on August 29, 2014. The latter document states that the trial court signed findings of fact and conclusions of law on August 19, 2014 but that appellants "received no official notice of the filing." Nevertheless, in their designation of the clerk's record, appellants did not request that the trial court clerk include the August 19, 2014 findings and conclusions in the appellate record.

IT IS SO ORDERED.

PER CURIAM

Order delivered and filed the
8th day of December, 2014.